UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARON WEINER,<br><br>              Plaintiff,<br><br>- against -<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and CHASE BANK USA, N.A.,<br><br>              Defendants. | Case No. 3:18-cv-12832-BRM-TJB<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Aron Weiner ("Weiner") and defendants Chase Bank USA, N.A., n/k/a JPMorgan Chase Bank, N.A. ("Chase"), and Experian Information Solutions, Inc. ("Experian") that, pursuant to FRCP 41(a)(1)(A)(ii), all of the claims by Weiner against Chase and Experian in the captioned matter are hereby discontinued in their entirety, with prejudice, and without costs to any party.

Dated: July 16, 2019

STEIN SAKS, PLLC
*Attorneys for Plaintiff Aron Weiner*

By:   /s/Yaakov Saks
          Yaakov Saks
285 Passaic Street
Hackensack, New Jersey 07601
(201) 282-6500 ext. 101

THE LAW OFFICE OF
CHRISTOPHER B. TURCOTTE, P.C.
*Attorneys for Defendant Chase Bank USA, N.A., n/k/a JPMorgan Chase Bank, N.A.*

By:   /s/Christopher B. Turcotte
          Christopher B. Turcotte
575 Madison Avenue, Suite 1006
New York, New York 10022
(212) 937-8499

PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
*Attorneys for Experian Information Solutions, Inc.*

By:   /s/Dorothy A. Kowal
          Dorothy A. Kowal
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
(201) 391-3737

It is so ordered this 16th day of July, 2019

Brian R. Martinotti, U.S.D.J.